IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ALVIN FRANKLIN, <br> TDCJ-CID NO.1296390, | § <br> § <br> § | |
| Petitioner, | § <br> § | |
| v. | § | CIVIL ACTION H-07-1753 |
| NATHANIEL QUARTERMAN, | § <br> § <br> § | |
| Respondent. | § | |

## FINAL JUDGMENT

For the reasons set forth in the Court's Memorandum and Order on Dismissal, this case is DISMISSED, with prejudice.

This is a FINAL JUDGMENT.

The Clerk will enter this Order and provide all parties with a copy.

Signed at Houston, Texas, on July 31, 2007.

EWING WERLEIN, JR.
UNITED STATES DISTRICT JUDGE